# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|---|
| **Debtor:** | COVENANT CHRISTIAN CENTER INT. |
| **Case Number:** | 2:06-bk-02386-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 11, 2007 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | STACY PAVESE |

## Matter:

ADV: 2-07-00055

**COVENANT CHRISTIAN CENTER INTERNATIONAL, vs MORTGAGES LTD.**

MOTION FOR LEAVE TO AMEND COMPLAINT FILED ON BEHALF OF COVENANT CHRISTIAN CENTER INT.

R / M #:   21 / 0

## Appearances:

DONALD L. GAFFNEY, ATTORNEY FOR COVENANT CHRISTIAN CENTER INTERNATIONAL,
ERIC S. PEZOLD, ATTORNEY FOR COVENANT CHRISTIAN CENTER INTERNATIONAL,
JOHN CLEMENCY, ATTORNEY FOR MORTGAGES LTD.
TAJUDEEN O. OLADIRAN, ATTORNEY FOR MORTGAGES LTD.

## Proceedings:

Mr. Gaffney advises the complaint was filed January 26, 2007 and was amended prior to service and was served out on February 15th; no answer has been filed and no discovery has been conducted by the Defendant and notes a request for production of document was noticed on May 26th. He argues this case has not progressed very far and Count 11 has not been responded to. He did ask Defendant's counsel if this was an over sight and they indicated it was not. Mr. Gaffney argues the issue of fiduciary duty and feels there is a fiduciary duty. He argues this is a mortgage banker and Mortgages Ltd. never claimed to be a lender they claimed to be an agent. He argues none of the cases cited by Mortgage Limited suggest a mortgage banker doesn't have a fiduciary duty.

THE COURT REVIEWS THE BLACKLINED COPY PROVIDED BY MR. GAFFNEY.   THE COURT DISCUSSES THE PRIMARY OBJECTION OF MORTGAGES LTD.

Mr. Clemency notes debtor is one year into this bankruptcy that initial involved One Million Dollar loan and has now cost his client up to $450,000. He argues Mortgages Ltd was a lender in this transaction and the Court has all of the loan documents. He discusses breach of contract with the Court and argues there could not be a breach since his client is not a mortgage banker. Mr. Clemency discusses the other Count indicating Mortgage Ltd did not list this lawsuit on their application with the Department of Financial institutes and informs that application has now been amended. He agrees there was no response to Court 11 and explains why.

COURT:  IT IS ORDERED GRANTING THE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT WITH REGARD TO THE FIDUCIARY DUTY COUNT;  IT IS FURTHER ORDERED DENYING THE ASPECT AND PLAINTIFF CAN FILE THE AMENDED COUNT WITH COUNT 11.