Donald L. Gaffney (#005717)
Eric S. Pezold (#023402)
Jasmin Yang (#024036)
Andrew A. Harnisch (#024957)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: dgaffney@swlaw.com
　　　　epezold@swlaw.com
　　　　aharnisch@swlaw.com
　　　　jyang@swlaw.com
Attorneys for Debtor and Debtor-in-Possession,
Covenant Christian Center International, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>COVENANT CHRISTIAN CENTER INTERNATIONAL, INC.,<br><br>　　　　Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:06-bk-02386-CGC |
| COVENANT CHRISTIAN CENTER INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORTGAGES LTD., an Arizona mortgage broker; and NEW HOPE PARTNERS, L.L.C., an Arizona Limited liability corporation,<br><br>　　　　Defendants. | Adversary No. 2:07-ap-00055-CGC<br><br>**NOTICE OF DEPOSITION OF RULE 30(b)(6) REPRESENTATIVE OF MORTGAGES LTD.** |

2038039.1

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

**TO:** **RULE 30(b)(6) REPRESENTATIVE OF MORTGAGES LTD.**
c/o John R. Clemency
Greenberg Traurig LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

NOTICE IS HEREBY GIVEN that, pursuant to RULES 7030 and 9014, FEDERAL RULES OF BANKRUPTCY PROCEDURE, the deposition of the Rule 30(b)(6) representative of Mortgages Ltd. most familiar with Mortgages Ltd.'s allegations in its Answer in the above-captioned adversary proceeding will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON OR ENTITY:**       Rule 30(b)(6) representative of Mortgages Ltd.

**DATE AND TIME**           August 31, 2007
**OF APPEARANCE:**          9:00 a.m.

**PLACE OF APPEARANCE:**    Snell & Wilmer L.L.P.
                            One Arizona Center
                            400 E. Van Buren, 19th Floor
                            Phoenix, Arizona 85004-2202

DATED, this 24th day of August, 2007.

          SNELL & WILMER L.L.P.

By  /s/ Jasmin Yang
    Donald L. Gaffney
    Eric S. Pezold
    Jasmin Yang
    Andrew A. Harnisch
    One Arizona Center
    Phoenix, AZ 85004-2202
    Attorneys for Debtor Covenant Christian Center International, Inc.

2038039.1

| | |
|---|---|
| 1 | COPY of the foregoing served electronically |
| 2 | this 24th day of August, 2007 to: |
| 3 | John R. Clemency |
| | Greenberg Traurig LLP |
| 4 | 2375 East Camelback Road, Suite 700 |
| | Phoenix, Arizona 85016 |
| 5 | Email: clemencyj@gtlaw.com |
| | Counsel for Mortgages Ltd. and |
| 6 | New Hope Partners, L.L.C. |
| 7 | |
| 8 | /s/ Janice Rogalla |

2038039.1